

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

JOHN ROBERT KOFFLER

CV421-257

(Enter above full name of plaintiff or plaintiffs)

v.

TIMOTHY WARD, WARDEN BEN FORD, WARDEN BENTON, NICHOLAS STRICKLAND, Z. JONES, C. BETTENSON, D. KAIGLER, B. BARNWELL, CERT SGT BROWN, UNIDENTIFIED NURSE #1, UNIDENTIFIED LPN #1

(Enter above full name of defendant or defendants)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?                                      Yes _____   No __X__

      If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit:

         Plaintiffs: _____

         Defendants: _____

      2.   Court (if federal court, name the district; if state court, name the county):

         _____

      3.   Docket number: _____

      4.   Name of judge assigned to case: _____



5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?): _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____   No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes _____   No __X__

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: _____

   Defendants: _____

2. Court (name the district): _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?): _____

6. Approximate date of filing lawsuit: _____



7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes _____ No _____

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes _____ No __X__

1. If your answer to C is yes, name the court and docket number for each case:

_____  _____
_____  _____
_____  _____
_____  _____

II. Place of present confinement: __COASTAL STATE PRISON__

A. Is there a prisoner grievance procedure in this institution? Yes __X__ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes ___ No __X__

C. If your answer to B is yes:

1. What steps did you take? _____
_____
_____
_____
_____
_____

2. What was the result? _____
_____
_____
_____
_____
_____

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ___ No ___

If yes, what was the result? _____

D. If you did not utilize the prison grievance procedure, explain why not: THE GRIEVENCE PROCEDURE IS NOT AVAILABLE ON TABLET OR KIOSK CONTRARY TO SOP 227.02 SECTION 2A AND FORMS ARE NOT AVAILABLE CONTRARY TO SOP 227.02 SECTION 2B IF I WAS ABLE TO ACQUIRE A FORM, COUNCELORS ARE NOT AVAILABLE TO ACCEPT AND SIGN THEM. I HAVE WRITTEN LETTERS TO COUNCILORS TO MEET WITH NO RESPONSE. THERE EFFECTIVELY NO GRIEVENCE PROCEDURE AVAILABLE TO ME.

III. Parties (In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: JOHN ROBERT KOFFLER #1002869137
   Address: COASTAL STATE PRISON
   PO BOX 7150
   GARDEN CITY, GA 31418-7150

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: TIMOTHY WARD
   Position: COMMISSIONER
   Place of employment: STATE OF GEORGIA
   Current address: PO BOX 1529
   FORSYTH, GA 31029

C. Additional defendants: _____
   PLEASE SEE PAGE 5





ADDITIONAL DEFENDANTS

EMPLOYEES OF: GA DIAGNOSTIC + CLASSIFICATION PRISON (GDCP)
ADDRESS: 2978 GA-36
         JACKSON, GA 30233

GDCP
DEFENDANTS: WARDEN BEN FORD
            UNIDENTIFIED NURSE #1
            UNIDENTIFIED LPN #1


EMPLOYEES OF: COASTAL STATE PRISON
ADDRESS: 200 GULF STREAM ROAD
         GARDEN CITY, GA 31418

CSP
DEFENDANTS: WARDEN BROOKS BENTON
            D/W OF SECURITY    Z. JONES
            D/W OF CARE + TREATMENT   C. BETTERSON
            CHIEF COUNCILOR    B. KAIGLER
            GRIEVENCE COUNCILOR   B. BARNWELL
            CERT MEMBER        SGT. BROWN

OFFENDER DEFENDANT AT COASTAL STATE PRISON:

OFFENDER → NICHOLAS STRICKLAND.



IV. Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

PLEASE NOTE: I FULLY EXPECT RETALATION FROM THE DEFENDANTS NAMED IN THIS LAWSUIT. I WILL NOT EXPOSE THE NAMES OF THE OFFENDER WITNESSES TO PROTECT THEM UNTIL DISCOVERY PHASE.

PLEASE SEE PAGES 7 → 12

CONCLUSION: THE INDIVIDUAL CLAIMS ALL ADD UP TO A TOTALITY OF MULTIPLE VIOLATIONS OF THE 5TH, 8TH AND 14TH AMMENDMENTS. INDIVIDUALLY SOME CLAIMS MAY SEEM BENINGN BUT TAKEN AS A WHOLE IT IS EASY TO DETERMINE THERE IS A SYSTEMIC AND CONTINUED NEGLECTION OF THE STAFF IN ORDER TO MAINTAIN A SAFE ENVIRONMENT. I AM IN PRISON TO BE HELD ACCOUNTABLE FOR MY ACTIONS. I ASK THE COURT TO HOLD THE GA PRISON STAFF ACCOUNTABLE FOR THEIR DELIBERATE INDIFFERENCE CAUSING ME CRUEL + UNUSUAL PUNISHMENT.

5

7

## CLAIMS

**#1** Plantiff was a ressdent of the Georgia Diagnostic & Classification Prison (GDCP) in Jackson, GA from 5/10/21 until 6/16/21. During this time my 8th Ammendment rights were violated by Warden Ford, Nurse #1, LPN #1. Names will be available upon discovery of my medical records. By acting with deliberate indifference denying me my meds for over 30 days. Mental health medication should never be stopped suddenly but tapered off. My medication controls my anxiety and I repeatedly panicked during my stay. I was ridiculed and mocked asking for an MRI which was the next step deagnosing an arm/shoulder injury while in custody at Gwinnett County. I was given an x-ray and anti-inflammation meds. Results of xray was not descussed nor any reason given for denial of MRI. I was denied a low bunk profile, a slow eating profile (I had documented my stomach surgery prior during intre) and was told by LPN #1 they were not allowed to do so. Nurse #1 was responsible for openly laughing at me for regessing an MRI during my blood work review. I was shipped out to CSP on 6/16/21.

**#2** Plaintiff has been and is presently a resident of Coastal State Prison (CSP) since 6/16/21. During my stay there are a number of drugs/tobacco/marijuana being smoked in each dorm I have been in. Warden Benton, D/W of care Betterson and all officers and cert team are violating my 8th ammendment rights and the

CLAIMS (CONT)

#2 CONT) FEDERAL CLEAN AIR ACT CONSTITUTING CRUEL + UNUSUAL PUNISHMENT. ALL STAFF ARE DELIBERATELY INDIFFERENT TO MY HEALTH AS I COUGH AND HAVE TROUBLE BREATHING DUE TO THE SMOKING. I CANNOT GRIEVE THE SITUATION BECAUSE THE PROCESS IS UNAVAILABLE ON KIOSK/TABLETS. FORMS ARE NOT IN THE DORMS. COMMISSIONER TIMOTHY WARD IS NAMED AS OWNER OF POLICY 227.02. SECTIONS 2A + 2B ARE NOT BEING ENFORCED IN OUR PRISON SHOWING DELIBERATE INDIFFERENCE ON THE PART OF COMMISSIONER WARD AND WARDEN BENTON. WHEN I WAS FINALLY ABLE TO GET A FORM, YOU CANNOT CONTACT A COUNCILOR AND GET AN AUDIENCE TO REVIEW AND SIGN IT. GRIEVENCE COUNSELOR B. BARNWELL IS ALSO ACTING WITH DELIBERATE INDIFFERENCE IN DENYING ACCESS TO HIMSELF AND COUNCILOR ACCESS. I CANNOT GRIEVE ABOUT THE CONDITIONS THAT ARE FEDERALLY PROTECTED AND AFFECT MY HEALTH.

#3) PLAINTIFF WAS DENIED CLASSIFICATION AND REQUIRED TO SIGN "WAIVER OF CLASSIFICATION" DURING ORIENTATION. ORIENTATION WAS HELD BY COUNCILOR CAMPBELL ON DURING ORIENTATION, PLAINTIFF FILLED OUT HIS FINANCIAL FORMS FOR THE SECOND TIME - WAS ALSO DONE AT GDCP. I ASKED FOR HELP EVERY TWO WEEKS TO GET AN UPDATE. MY CONTACTS CALLED IN WITH NO HELP. BY DENYING MY FINANCIALS I COULD NOT ACQUIRE HYGIENE PRODUCTS NOT OFFERED BY THE PRISON AS WELL AS LEGAL CORRESPONDANCE MATERIALS. I HAVE NO COUNCILOR ASSIGNED BUT WAS ABLE TO ACQUIRE ANOTHER VISITATION / FINANCIAL FORM - OVER TWO MONTHS AGO AND


CLAIMS (CONT)

#3 CONT) AT NO TIME WERE MY CONTACTS CALLED OR ANY VERIFICATION. I STILL DO NOT HAVE A COUNCELOR ASSIGNED TO ME. WARDEN BENTON, D/W C. BETTERSON ACT WITH DELIBERATE INDIFFERENCE BY NOT CLASSIFYING ALL OFFENDERS WITHIN A REASONABLE TIMEFRAME WHICH LEADS TO NON-SEPERATION OF VIOLENT AND GANG AFFILIATED OFFENDERS FROM NON-VIOLENT. BY NOT PROCESSING MY FORMS I HAD NO FINANCIAL METHODS TO GET NECESSARY MEDICATED SHAMPOO, SPECIAL TOOTHPASTE TO COMBAT PERIODONTAL DISEASE, OR FLOSS FOR PROTECTING MY GUMS. I CANNOT EVEN PAIN MEDICATION - ~~MEDI~~ MEDICATION TO COMBAT THE PAIN IN MY SHOULDER/ARM. I WAS ONLY GIVEN 30 DAYS OF MEDS AT GDCP - NO FOLLOWUP AT CSP. COUNCILORS A. CAMPBELL AND NOTTAGE CAN ATTEST TO MY FORMS BEING SUBMITTED. MY RIGHT TO SAFETY OF 8TH AMENDMENT CRUEL + UNUSUAL WAS DENIED BY CHIEF COUNCELOR B. KAEGLER SINCE SHE IS OVER ALL THE COUNCILORS WHO CONDUCT ORIENTATION. DUE TO DELIBERATE INDIFFERENCE THE ABOVE NAMED DEFENDANTS DENYING ME ACCESS TO COURTS. I HAVE FOUR WITNESSES TO CONFIRM.

#4) PLAINTIFF DENIED GRIEVENCE PROCEDURE PER POLICY 227.02 OWNED BY COMMISSIONER TIMOTHY WARD. BY NOT FORCING WARDEN BENTON TO ABIDE BY POLICY. THEY ARE BOTH SHOWING DELIBERATE INDIFFERENCE ~~LIMITING AND~~ DENYING MAKING THE GRIEVENCE PROCESS RIGHT. GRIEVENCE COUNCILOR B. BARNWELL IS ALSO SHOWING DELIBERATE INDIFFERENCE AS I AM NOT ASSIGNED A COUNCILOR, NOR AM I ABLE TO SEE ANY COUNCILOR ON A REGULAR BASIS. WE WERE TOLD AT INTAKE WE WOULD ATTEND ORIENTATION, CLASSIFICATION

CLAIMS (CONT)

**#4 CONT** AND HAVE A DENTAL AND PHYSICAL EXAM. THE NAMED DEFENDANTS ARE NOT ABIDING BY THEIR OWN POLICIES OUTLINED IN HANDBOOK. DENIAL TO DUE PROCESS VIOLATES 5TH & 14TH AMMENDMENTS RIGHTS OF THE PLAINTIFF. THE DENIAL OF THE FOLLOWING OF POLICIES DISABLED HIM FROM GRIEVING OTHER CLAIMS IN THIS SUIT. THE ONLY WAY TO SEE ANYONE OUTSIDE A DORM AT CSP IS TO VIOLATE THE RULES. I REFUSE TO BREAK THE RULES AND GET SANCTIONED DUE TO NO CALL OUT. I HAVE 10+ WITNESSES TO THIS CLAIM. BY NOT HAVING THE PROCESS TO GRIEVE, NOT BEING CLASSIFIED I AM BEING PUNISHED.

**#5** PLAINTIFFS 8TH AMMENDMENT RIGHT TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT WHEN DEFENDANTS WARDEN BENTON, D/W OF SEC JONES AND THE OFFICERS/STAFF IGNORED WARNINGS OF A HOSTILE AND VIOLENT ENVIRONMENT AND THERE WERE SEVERAL INCIDENTS AND REPORTS TO STAFF BY WITNESSES OF THE ASSAULTS AND THEFTS IN OUR DORM. 20+ WITNESSES. THE DEFENDANTS ACTED WITH DELIBERATE INDIFFERENCE WHEN OUR REPORTS OF THE VIOLENT OFFENDERS IN OUR DORM WERE NOT REMOVED AND SANCTIONED. THIS CONSTITUTES UNNECESSARY AND WONTON INFLICTION ON THE PLAINTIFF. IN AN EFFORT TO GET OUT OF THE DORM, MANY OF US ATTEMPTED TO REFUSE HOUSING. SGT BROWN THREATENED US WITH PEPPER/MACE SPRAY SAYING "WHEN HE WAS THROUGH WITH US, YOU'LL HAVE WISHED YOU WENT BACK INSIDE." WE RELENTED. 7 WITNESSES TO THIS ACTION WHICH WAS CRUEL & UNNECESSARY FORCE/THREATS. MORE DETAILS AVAILABLE.

# CLAIMS (CONT)

**#6** PLANTIFF WAS ASSAULTED ON 8/15/21 BY THE PREVIOUSLY REPORTED OFFENDER NICHOLAS STRICKLAND IN THE DORM I WAS TRYING TO GET OUT OF. STRUCK WITH A LOCK IN A FIST WHILE HE STOLE MY TABLET — HIS INTENTION WAS TO SELL IT SO IT COULD BE JAILBROKEN TO VIEW PORN, STOLEN MOVIES, AND STOLEN MUSIC. HE TOOK IT FROM ME, HIT ME WITH THE LOCK CAUSING A BLACK EYE AND LARGE CONTUSION ON MY LEFT SIDE. I REQUIRED X-RAYS. THREE WEEKS HAVE PASSED, MY CONTUSION STILL EXISTS AND NO AFTERCARE FOLLOWUP. PLAINTIFF MADE EVERY EFFORT TO GET AWAY AND WARN OFFICERS OF THE THREAT. AFTER THE INCIDENT I WAS UNABLE TO TELL THE OFFICER ON DUTY DUE TO THREATS OF MORE HARM. THE NEXT DAY LT HOLLAND ASKED ME ABOUT THE INJURY. AS A RESULT I COULD NO LONGER RETURN TO MY DORM AND WAS FORCED TO ANOTHER DORM AMID THREATS FROM OFFENDER STRICKLAND. SGT BROWN WAS INFORMED AND PROMISED TO MOVE STRICKLAND TO "E" DORM — A VIOLENT OFFENDER DORM. I WAS CLEARLY NOT AFFORDED MY 8TH AMENDMENT RIGHT TO PROTECTION FROM ANOTHER INMATE. THE DELIBERATE INDIFFERENCE BY THE DEFENDANTS WARDEN BENTON, JONES, AND SGT BROWN DIRECTLY LEAD TO MY ATTACK. I HAVE A DORM OF WITNESSES TO TESTIFY. I WAS MOVED TO KEEP ME QUIET. THEY DID NOT TAKE MY STATEMENT OR APPLY SANCTIONS TO THE ATTACKER. I HAVE BEEN IN THIS NEW DORM, SURROUNDED BY DRUG USERS, NO GRIEVENCE PROCESS, AND BARELY ENOUGH RESOURCES TO DRAFT THIS ACTION.

CLAIMS (CONT)

#7) PLAINTIFF WAS DENIED HIS DUE PROCESS RIGHTS WHEN RELOCATED FROM J TO H DORM. SGT BROWN WAS SPECIFICALLY TOLD MULTIPLE TIMES ABOUT NICHOLAS STRICKLAND, Z. JONES AND CERT TEAM MEMBER #1 (CAN GET NAME DURING DISCOVERY). SHOWING GROSS DELIBERATE INDIFFERENT THE DEFENDANTS THE NAMED DEFENDANTS DID NOT REMOVE STRICKLAND FROM J DORM, ENDANGERING THE REST OF J OFFENDERS AND MOVING ME TO A PC DORM TO SHUT ME UP. I WAS NOT OFFERED MEDICAL ATTENTION UNTIL I ASKED FOR IT. GOT MOTRIN FOR PAIN AND REQUIRED X-RAYS. INCIDENT WAS NEVER DOCUMENTED AND I WAS NOT ABLE TO ASK FOR THEFT/ASSAULT CHARGES TO BE PLACED ON STRICKLAND. MULTIPLE 8TH, 5TH AND 14TH AMMENDMENTS RIGHTS VIOLATED BY DEFENDANTS. MORE DETAIL AVAIL. I HAVE WITNESSES TO ALL ABOVE.

#8) PLANTIFFS RIGHT TO A SAFE ENVIORNMENT FREE OF CRUEL + UNUSUAL BY THE 8TH AMMENDMENT BY WARDENS BENTON, JONES AND UNIDENTIFELD OTHERS. VICTIMS ARE CREATED BY THE NON-ENFORCEMENT OF EXISTING POLICIES BANNING CELLPHONES, JAILBROKEN TABLETS, AND WEAPONS. WHEN THESE ITEMS ARE FOUND THEY ARE NOT TAKEN AWAY, NO SANCTIONS APPLIED. JAILBROKEN TABLETS SHOULD BE CALLED THE SAME AS CELL PHONES AS THEY CAN COMMUNICATE WITH THE OUTSIDE WORLD THROUGH HOT SPOTS ON CELL PHONES. I WAS ATTACKED ACQUIRING MY TABLET. THERE IS ONLY VALUE IN STEALING A TABLET TO JAILBREAK IT AND SELL IT. INMATES ARE IN CONTROL OF DORMS/OTHER INMATES IN QC DORM. BY NOT EMPLOYING EXTING POLICY THE PRISON STAFF ENABLES A CULTURE OF THEFT AND ASSAULT.



V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

PLEASE SEE PAGES 14 → 15

NOTE: RELIEF ITEMS ASKED FOR TO FIX THE MULTIPLE FAILURES OF THE PRISON AND PREVENT FUTURE ASSAULTS. PLANTIFF ASKS FOR COMPENSATION AND RELOCATION TO A TRANSITION CAMP.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 7th day of SEPTEMBER, 2021.

Prisoner No. 1002869137

(Signature of Plaintiff)



6

RELIEF

- Create/revise procedure or policy to make all mental health medications available to offenders within 72 hours of arrival.
- Train medical staff/provider personnel to not mock or insult an offenders injury and provide an offender the policy why their medical need is being denied.
- Remove sources to create a flame via electrical sockets and switches - limit dorms to a few sockets in main areas.
- Remove any restriction on adding medically needed profiles.
- Add smoke detectors into dorms that will silently alert guard in control room so they can investigate/check cameras.
- Have guards do regular rounds looking at sockets that have scortch/burn marks. Use cameras to identify offenders.
- Enforce policy and sanctions on offenders smoking drugs, tobacco, etc - this is the existing policy in handbook.
- Require orientation with 72H of offenders arrival @ CSP.
- Require assignment of counselor during classification
- Classification to be conducted within 10 days of offender arrival
- Require feedback of visitor/financial and phone # forms within 14 days after orientation - must indicate weather contacts were approved, not approved, etc.
- Add grievence process back to kiosk/tablet per SOP 227.02
- Require councilors to meet with offenders with a physical signoff every 30 days minimum.
- Require classification to seperate offenders that are violent/gang affiliated from non-violent offenders
- Termination of SGT Brown.


## RELIEF (CONT).

- ANY OTHER RELIEF THE COURT FINDS FAIR.
- TRAIN CORRECTIONS OFFICERS / CERT TEAM MEMBERS TO DISCONTINUE THE PRACTICE OF COVERING UP ASSAULTS AND NOT SANCTIONING OFFENDERS. STAFF SHOULD ACKNOWLEDGE AND INVESTIGATE ALLEGATIONS - USE TECHNOLOGY, EXISTING CAMERAS.
- REMOVAL OF REPORTED ASSAILANTS FROM DORM.
- PROVIDE OPPERTUNITY FOR WITNESS INTERVIEWS IN PRIVATE BY COUNSELOR TO COLLECT STATEMENTS.
- MENTAL HEALTH EXAM + FOLLOWUP FOR VICTIMS OF PHYSICAL ASSAULT.
- APPLY AND ENFORCE EXISTING SANCTIONS FOR ALL WEAPONS, DRUGS, JAILBROKEN TABLETS, AND CELL PHONES.
- REQUIRE JPAY TO PROVIDE A METHOD TO DETECT A MODIFIED TABLET VIA CONNECTING TO IT USING A COMPUTER.
- CREATE NEW SANCTION FOR TABLETS, IF JAILBROKEN CHARGE SAME AS A CELL PHONE. IT CAN BE USED TO COMMUNICATE WITH WORLD. APPLY 1-5 YEAR + FINE.
- ENFORCE EXISTING POLICY THAT INMATES CANNOT CONTROL A DORM AND OTHER INMATES (QC DORM).
- EACH DEFENDANT TO PAY PLAINTIFF $2500.00 IN DAMAGES FOR HIS INJURIES
- PLAINTIFF TO MEET WITH COUNCILOR, ARRANGE AND ENROLL IN THE TWO CLASSES NEEDED TO COMPLETE HIS CASE PLAN, HAVE HIS PIC POINTS APPLIED, AND IMMEDIATLEY BE ALLOWED TO TRANSFER TO A TRANSITION CAMP PER RECOMMENDATION IN HIS CASE PLAN.

SEPTEMBER 7, 2021

DEAR SIR OR MADAM:

MY NAME IS JOHN ROBERT KOFFLER AND THIS LETTER CONTAINS A FEDERAL LAWSUIT I WOULD LIKE TO FILE. I WOULD LIKE TO PROVIDE PAYMENT IN FULL. PLEASE CONTACT MY POWER OF ATTORNEY DAVID C. WROBEL. HE IS EXPECTING YOUR CONTACT.

DAVID C. WROBEL
200 RIVER VISTA DR #331
ATLANTA, GA 30339

E-MAIL: dcwrobel03@gmail.com
CELL PHONE: 754-264-5002

PLEASE PROVIDE HIM THE CASE # AND METHODS OF PAYMENT. THANK YOU FOR YOUR TIME.

SINCERELY,

JOHN KOFFLER

JOHN ROBERT KOFFLER #1002869137
COASTAL STATE PRISON
PO BOX 7150
CAMDEN CITY, GA 31418-7150

UNITED STATES
PO BOX 8286
SAVANNAH, GA 31412

RECEIVED
U.S. Marshals Service
Savannah, Georgia

UNITED STATES DISTRICT COURT