March 10, 2023

To Magistrate Christopher L. Ray:

RE: Action of CV421-257

My name is John Koffler responding to a request to update any changes in situation during a 90 day delay for my case CV421-257. I was able to get a new trial based on the evidence presented and my conviction was vacated. As of the end of February I was granted bond and am out of custody with conditions of house arrest and limitations for online (internet) usage. I am in the process of getting a civil attorney to take over this case and we will be preparing another case against officer Brown and more of the members of CERT at Costal State prison.

Please update all correspondence to the following temporary address for John Koffler:

> **John Koffler**
> **c/o David and Stephanie Wrobel**
> **200 River Vista Drive unit 331**
> **Atlanta, GA**

It is the intention of this plaintiff to see this and another action through in its entirety – serious violations of prisoners rights were inflicted upon John Koffler – an innocent man in the custody of the Georgia Department of Corrections. Coming into contact with Brown and other defendants (to be named) shocked the plaintiff as to the power of these individuals to ignore basic human rights. Please let me know what actions / timers or schedules I need to adhere to. As soon as I have an attorney to represent me, communications will flow also to them.

I appreciate the courts leniency in regard to my past situation. Thank you so much.

Sincerely,

John Koffler

JOHN KOFFLER
3520 S [illegible]
DULUTH, GA 30096



CLERK OF THE US DISTRICT COURT
POST OFFICE BOX ~~1138128~~ 1636
~~AUGUSTA,~~
~~MACON, GA~~ BRUNSWICK, GA 31521

INSPECTED BY