UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN ROBERT KOFFLER,           )
                               )
        Plaintiff,             )
                               )
v.                             )     CV421-257
                               )
RICKY BROWN,                   )
                               )
        Defendant.             )

## ORDER

The deadline for filing motions in this case has passed. *See* doc. 34. The parties' deadline to submit their proposed pre-trial order is November 19, 2023.[1] In order to facilitate the most efficient resolution of this case, the Court will also direct the parties to consider the possibility of a court-facilitated settlement conference during their conference to prepare the Joint Pretrial Order. Therefore, in addition to the already-directed Pretrial Order, *see* doc. 34, the parties are also **DIRECTED** to

---

[1] The Clerk's Scheduling Notice indicates that "[a]n incarcerated party is not required to file a pretrial order[, but a]ll other pro se Plaintiffs are required to meet with counsel for the Defendants and file the Joint Pretrial Order." Doc. 34 at 1. While Koffler was incarcerated during portions of this case, he has now been released. *See, e.g.,* doc. 31 at 1. The parties are, therefore, subject to the requirement to confer and file the Joint Pretrial Order as indicated by the current operative Scheduling Notice. Doc. 34.

1

confer and file the Joint Settlement Status Report, attached to this Order as Exhibit A, by no later than November 19, 2023.

**SO ORDERED,** this 25th day of October, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN ROBERT KOFFLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-257 |
| | ) | |
| RICKY BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT SETTLEMENT STATUS REPORT

With the discovery and motions periods having now concluded in the above captioned case, the Parties make the following report to the Court.

A. Have the parties made efforts to resolve this case?

☐ Yes      ☐ No

- If "Yes", please explain those efforts:

Click here to enter text.

B. Are the parties prepared to discuss settlement of this case with the Court at this time?

☐ Yes      ☐ No

- If "No", please explain:

Click here to enter text.

C. Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

☐ Yes      ☐ No

- If "Yes", please list those parties:

Click here to enter text.

D. The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference. (*Please provide several dates for the Court's consideration in scheduling. Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present.*)

Click here to enter text.

If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

Click here to enter text.

Dated: Click here to enter a date.

_____

Plaintiff (Pro Se)

_____

Counsel for Defendant(s)