IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN ROBERT KOFFLER,<br><br>   Plaintiff,<br><br>   v.<br><br>RICKY BROWN,<br><br>   Defendant. | CIVIL ACTION NO.: 4:21-cv-257 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 14, 2024, Report and Recommendation, (doc. 61), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 61.) Plaintiff's case is **DISMISSED** for his failure to prosecute it. Fed, R. Civ. P. 41(b). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 5th day of July, 2024.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA